UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80866-CIV-MARRA

SANDRA LOIS MENDEZ, AMY R. BRAZEE,
SETH GATES, and LORI R. SINGER, f/k/a
Lori R. Kogan, on behalf of themselves and all
others similarly situated,

Plaintiffs,

vs.

JFK MEDICAL CENTER LIMITED PARTNERSHIP
d/b/a JFK MEDICAL CENTER, et al,

Defendants.
_____/

## JUDGMENT

Based on the separately entered Order granting summary judgment, Final Judgment is hereby entered on behalf of Defendant NPAS Inc. and against Plaintiffs Sandra Lois Mendez and Amy R. Brazee, and Plaintiffs shall take nothing from Defendant in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of October, 2018.

_____
KENNETH A. MARRA
United States District Judge