UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-CV-80866-MARRA/MATTHEWMAN

SANDRA LOIS MENDEZ, AMY R. BRAZEE, SETH GATES, and LORI R SINGER f/k/a Lori R. Kogan, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**CLASS REPRESENTATION**

JFK MEDICAL CENTER LIMITED PARTNERSHIP d/b/a JFK Medical Center, NPAS, INC., HCA HOLDINGS, INC., PALMS WEST SURGERY CENTER, LTD. d/b/a Palms West Surgicenter, UNIVERSITY HOSPITAL, LTD. d/b/a University Hospital & Medical Center, and MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a Aventura Hospital and Medical Center,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, SANDRA LOIS MENDEZ and AMY R. BRAZEE, and Defendants JFK MEDICAL CENTER LIMITED PARTNERSHIP d/b/a JFK MEDICAL CENTER, PALMS WEST SURGERY CENTER, LTD d/b/a PALMS WEST SURGICENTER, HCA HOLDINGS, INC. n/k/a HCA HEALTHCARE, INC. and NPAS, INC., through counsel and pursuant to Local Rule 16.4, file their Joint Notice of Settlement.

The parties above hereby notify the Court that the parties have reached a settlement as to the entire case such that the parties no longer require the Court to rule on any pending motions.

Dated: October 25, 2018

WEISS, HANDLER & CORNWELL, P.A.
*Counsel for Plaintiffs*
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, Florida 33431
Telephone: (561) 997-9995
Facsimile: (561) 997-5280

By: /s/ William J. Cornwell
 WILLIAM J. CORNWELL, ESQ.
 Florida Bar No. 782017
 wjc@whcfla.com
 filings@whcfla.com
 SETH A. KOLTON, ESQ.
 Florida Bar No. 0021045
 sak@whcfla.com
 jh@whcfla.com

- and -

SILVER & SILVER, P.A.
*Co-Counsel for Plaintiffs*
6100 Glades Road, Suite 201
Boca Raton, Florida 33434
Telephone: (561) 488-3344
Facsimile: (561) 488-5899

By: /s/ Bruce F. Silver
 BRUCE F. SILVER, ESQ.
 Florida Bar No. 935182
 brucesilver@silverlawoffices.com

Taché, Bronis, Christianson and Descalzo
150 SE Second Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567
*Counsel for JFK Medical Center Limited Partnership and Palms West Surgery Center, LTD*

By: /s/ Walter J. Taché
 Walter J. Taché, Esq.
 Florida Bar No. 28850
 wtache@tachebronis.com
 Magda C. Rodriguez, Esq.
 Florida Bar No. 72688
 mrodriguez@tachebronis.com

Buchanan Ingersoll & Rooney PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
*Attorneys for Defendants HCA Holdings, Inc. and NPAS, Inc.*

By: /s/ John D. Emmanuel
    John D. Emmanuel, FBN 0475572
    john.emmanuel@bipc.com
    Ashley Bruce Trehan, FBN 0043411
    ashley.trehan@bipc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October 2018, I have served by electronic mail a copy of the foregoing on all those identified in the Service List below.

By: /s/ Walter J. Tache
Walter J. Tache

### SERVICE LIST

Walter J. Taché, Esq. and Magda C. Rodriguez, Esq.
(wtache@tachebronis.com; mrodriguez@tachebronis.com)
Taché, Bronis, Christianson and Descalzo
150 SE Second Avenue, Suite 600
Miami, Florida 33131

John Emmanuel, Esq., and Ashley Bruce Trehan, Esq.
(john.emmanuel@bipc.com; Ashley.trehan@bipc.com)
Buchanan Ingersoll & Rooney, PC
401 E Jackson Street, Suite 2400
Tampa, FL 33602

William J. Cornwell and Seth A Kolton
wjc@weissandhandlerpa.com
filings@weissandhandlerpa.com
sak@weissandhandlerpa.com
ma@weissandhandlerpa.com
WEISS, HANDLER & CORNWELL, P.A.
One Boca Place, Suite 218-A
2255 Glades Road
Boca Raton, FL 33431
Tel: (561) 997-9995
Fax: (561) 997-5280
*Counsel for Plaintiffs*

Bruce F. Silver
brucesilver@silverlawoffices.com
SILVER & SILVER P.A.
6100 Glades Road, Suite 201
Boca Raton, FL 33434
Tel: (561) 488-3344
Fax: (561) 488-5899
*Co-Counsel for Plaintiffs*