UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80866-CIV-MARRA

SANDRA LOIS MENDEZ, AMY R. BRAZEE,
SETH GATES, and LORI R. SINGER, f/k/a
Lori R. Kogan, on behalf of themselves and all
others similarly situated,

Plaintiffs,

vs.

JFK MEDICAL CENTER LIMITED PARTNERSHIP
d/b/a JFK MEDICAL CENTER, et al,

Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE 236]. This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

2) Per the parties' request, the bill of costs entered by the Clerk on October 15, 2018 (DE 230) is **VACATED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of October, 2018.

KENNETH A. MARRA
United States District Judge